IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THEODOR WILLE INTERTRADE GmbH, )
d/b/a SERVCO SOLUTIONS, )
)
Plaintiff, )
)
v. ) Case: 1:07-cv-00907
) Assigned To : Kollar-Kotelly, Colleen
CORPORATE BANK FINANCIAL ) Assign. Date : 5/15/2007
SERVICES, INC., ) Description: CONTRACT
)
Defendant. )

---

## CERTIFICATE UNDER LCvR 7.1

---

We, the undersigned counsel of record for Plaintiff Theodor Wille Intertrade GmbH, d/b/a Servco Solutions, certify to the best of our knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Theodor Wille Intertrade GmbH, which have any outstanding securities in the hands of the public:

- None.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

_____
Phillip C. Zane, D.C. Bar No. 452939
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ
555 Eleventh Street, NW
6th Floor
Washington, D.C. 20004
Phone: (202) 508-3400
Fax: (202) 220-2290
pzane@bakerdonelson.com

and

_____
Steven H. Trent, TN BPR No. 016322
Chad E. Wallace, TN BPR No. 021741
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ
100 Med Tech Parkway, Suite 200
P.O. Box 3038
Johnson City, Tennessee 37602
Phone: (423) 928-0181
Fax: (423) 928-5694
strent@bakerdonelson.com
cwallace@bakerdonelson.com

*Attorneys for Theodor Wille*
 *Intertrade GmbH, d/b/a Servco Solutions*