IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODOR WILLE INTERTRADE GmbH, )<br>d/b/a SERVCO SOLUTIONS,          )<br>                                                           )<br>            Plaintiff,                                )<br>                                                           )<br>v.                                                        )<br>                                                           )<br>CORPORATE BANK FINANCIAL   )<br>SERVICES, INC.                                  )<br>                                                           )<br>            Defendant.                            )<br>_____) | Civil Action No. 1:07-CV-00907<br>Judge Kollar-Kotelly |

### NOTICE OF ENTRY OF APPEARANCE

Haig V. Kalbian of Kalbian Hagerty, LLP, hereby enters his appearance as counsel on behalf of Defendant, Corporate Bank Financial Services. Mr. Kalbian was admitted to practice before the United States District Court for the District of Columbia on November 3, 1986.

June 5, 2007                                      Respectfully submitted,


                                                              /S/ Haig V. Kalbian
                                                              _____
                                                              Haig V. Kalbian [Bar No.:400976]
                                                              Mary M. Baker [Bar No.: 443104]
                                                              Aaron W. Knights [Bar No.: 489555]
                                                              KALBIAN HAGERTY, LLP
                                                              888 17th St., N.W., Ste 1000
                                                              Washington, D.C. 20006
                                                              T: (202) 223-5600
                                                              F: (202) 223-6625
                                                              hkalbian@kalbianhagerty.com

                                                              *Counsel for Defendant*

1