IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODOR WILLE INTERTRADE GmbH, d/b/a SERVCO SOLUTIONS,<br><br>      Plaintiff,<br><br>v.<br><br>CORPORATE BANK FINANCIAL SERVICES, INC.<br><br>      Defendant. | Civil Action No. 1:07-CV-00907<br>Judge Kollar-Kotelly |

## NOTICE OF ENTRY OF APPEARANCE

Mary M. Baker of Kalbian Hagerty, LLP, hereby enters her appearance as counsel on behalf of Defendant, Corporate Bank Financial Services. Ms. Baker was admitted to practice before the United States District Court for the District of Columbia on March 1, 1999.

June 5, 2007

Respectfully submitted,

/S/ Mary M. Baker

Haig V. Kalbian [Bar No.: 400976]
Mary M. Baker [Bar No.: 443104]
Aaron W. Knights [Bar No.: 489555]
KALBIAN HAGERTY, LLP
888 17th St., N.W., Ste 1000
Washington, D.C. 20006
T: (202) 223-5600
F: (202) 223-6625
mmb@kalbianhagerty.com

*Counsel for Defendant*