IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODOR WILLE INTERTRADE GmbH, d/b/a SERVCO SOLUTIONS, <br><br> Plaintiff, <br><br> v. <br><br> CORPORATE BANK FINANCIAL SERVICES, INC. <br><br> Defendant. | Civil Action No. 1:07-CV-00907 <br> Judge Kollar-Kotelly |

**NOTICE OF ENTRY OF APPEARANCE**

Aaron W. Knights of Kalbian Hagerty, LLP, hereby enters his appearance as counsel on behalf of Defendant, Corporate Bank Financial Services. Mr. Knights was admitted to practice before the United States District Court for the District of Columbia on November 6, 2006.

June 5, 2007                                       Respectfully submitted,


/S/ Aaron W. Knights
_____
Haig V. Kalbian [Bar No.:400976]
Mary M. Baker [Bar No.: 443104]
Aaron W. Knights [Bar No.: 489555]
KALBIAN HAGERTY, LLP
888 17th St., N.W., Ste 1000
Washington, D.C. 20006
T: (202) 223-5600
F: (202) 223-6625
aknights@kalbianhagerty.com

*Counsel for Defendant*

1