UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODOR WILLE INTERTRADE GmbH, ) <br> d/b/a SERVCO SOLUTIONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORPORATE BANK FINANCIAL ) <br> SERVICES, INC. ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 1:07-CV-00907 <br> Judge Kollar-Kotelly |

**CONSENT MOTION FOR EXTENSION OF TIME TO**
**ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Corporate Bank Financial Services, by its counsel Kalbian Hagerty LLP, having obtained consent from counsel for Plaintiff Theodor Wille Intertrade GmbH d/b/a Servco Solutions for the relief sought herein, respectfully requests this Court extend the time for Defendant to answer or otherwise respond to the Complaint. In support thereof, Defendant states as follows:

1. Plaintiff filed the instant action, and a summons was issued, on or about May 15, 2007.

2. The undersigned counsel requested and received from Plaintiff's counsel, Phillip C. Zane, Esq., consent for an extension to answer or otherwise respond to the Complaint on or before July 2, 2007.

3. The requested relief serves the interest of justice by facilitating the orderly progression of the case. No prior extensions have been given. Additionally, neither the Court nor the parties will sustain any prejudice by the granting of this Motion.

WHEREFORE, the Defendant respectfully requests that the Court enter an order directing Defendant to answer or otherwise respond to the Complaint on or before July 2, 2007.

June 5, 2007                                    Respectfully submitted,


/S/ Haig V. Kalbian
Haig V. Kalbian (D.C. Bar # 400976)
hkalbian@kalbianhagerty.com
Mary M. Baker (D.C. Bar # 443104)
mmb@kalbianhagerty.com
Aaron W. Knights (D.C. Bar # 489555)
aknights@kalbianhagerty.com
KALBIAN HAGERTY LLP
888 17th Street, N.W.
Suite 1000
Washington, D.C. 20006
T: (202) 223-5600
F: (202) 223-6625

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODOR WILLE INTERTRADE GmbH, ) d/b/a SERVCO SOLUTIONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORPORATE BANK FINANCIAL ) <br> SERVICES, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:07-CV-00907 <br> Judge Kollar-Kotelly |

**PROPOSED ORDER**

Upon consideration of the Motion to Extend Time to Answer or otherwise Respond to Plaintiff's Complaint, it is hereby

ORDERED that the Motion is GRANTED; and

FURTHER ORDERED that the Defendant shall answer or otherwise respond to the Complaint on or before July 2, 2007.

This _____ day of _____, 2007.

 

_____
JUDGE, United States District Court
for the District of Columbia

3

With copies to:

Haig V. Kalbian
Mary M. Baker
Aaron W. Knights
KALBIAN HAGERTY LLP
888 17th Street, N.W.
Suite 1000
Washington, D.C. 20006
T: (202) 223-5600
F: (202) 223-6625

*Counsel for Defendant*


Phillip C. Zane
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
555 Eleventh Street, NW
6th Floor
Washington, DC 20004
T: (202) 508-3400
F: (202) 220-2290

*Counsel for Plaintiff*


Steven H. Trent
Chad E. Wallace
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
100 Med Tech Parkway, Suite 200
P.O. Box 3038
Johnson City, Tennessee 37602
T: (423) 928-0181
F: (423) 928-5694

*Counsel for Plaintiff*