IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODOR WILLE INTERTRADE GmbH, d/b/a SERVCO SOLUTIONS, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> CORPORATE BANK FINANCIAL SERVICES, INC., <br><br> Defendant/Counterclaimant. | Case No.: 1:07-cv-00907 <br> The Hon. Colleen Kollar-Kotelly |

## RULE 7.1 DISCLOSURE STATEMENT

Defendant/Counterclaimant Corporate Bank Financial Services, Inc., by its undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that no parent corporation or other publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

KALBIAN HAGERTY LLP

By: /S/ Mary M. Baker
Haig V. Kalbian [D.C. Bar # 400976]
Mary M. Baker [D.C. Bar #. 443104]
Aaron W. Knights [D.C. Bar # 489555]
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
T: (202) 223-5600
F: (202) 223-6525
*Attorneys for Defendant/Counterclaimant*