IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THEODOR WILLE INTERTRADE GmbH, d/b/a SERVCO SOLUTIONS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:07-CV-907-CKK |
| CORPORATE BANK FINANCIAL SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO ADMIT STEVEN H. TRENT *PRO HAC VICE***

Phillip C. Zane, a member in good standing of the bar of this Court, and counsel for Plaintiff Theodor Wille Intertrade GmbH, d/b/a Servco Solutions (Servco), respectfully moves pursuant to LCvR 83.2(d) that the Court allow Steven H. Trent to appear *pro hac vice* in this matter on behalf of Servco.  Mr. Trent's Declaration in support of this Motion is attached as Exhibit A.

Dated:  July 28, 2007

Respectfully submitted,

　　　　　　/s/
Phillip C. Zane, DC Bar No. 452939
BAKER, DONELSON, BEARMAN,
　CALDWELL & BERKOWITZ, PC
555 Eleventh St., NW
6th Floor
Washington, D.C.  20004
Phone:  (202) 508-3490
Fax:  (202) 220-2290
pzane@bakerdonelson.com

*Attorneys for Theodor Wille Intertrade
　GmbH, d/b/a Servco Solutions*

1

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODOR WILLE INTERTRADE GmbH, )<br>d/b/a SERVCO SOLUTIONS, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>THE SANDI GROUP, INC., d/b/a )<br>CORPORATE BANK FINANCIAL )<br>SERVICES, INC., )<br>  )<br>Defendant. ) | Civil Action No._____ |

DECLARATION OF STEVEN H. TRENT

Comes now Steven H. Trent and states as follows:

1.  My name is Steven Howard Trent. I am over the age of eighteen (18), am of sound mind and body, and am a competent adult. I am a shareholder in the Johnson City, Tennessee offices of the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.

2.  My office address is 100 Med Tech Parkway, Suite 200, Johnson City, Tennessee 37604. My business telephone number is (423) 928-0181, my business facsimile number is (423) 928-5694, and my e-mail address is strent@bakerdonelson.com.

3.  I am admitted to practice in all state courts in Tennessee and Virginia, the United States District Court for the Eastern District of Tennessee, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Western District of Virginia, and the United States District Court for the Eastern District of Virginia.

4. I have never been disciplined or sanctioned by the Board of Professional Responsibility of the Supreme Courts of Tennessee or Virginia or any other lawyer disciplinary agency in any jurisdiction. No disciplinary action or investigation concerning my conduct is pending before the Board of Professional Responsibility of the Supreme Courts of Tennessee or Virginia or any other lawyer disciplinary agency in any jurisdiction.

5. I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia in the last two years.

6. I hereby certify that I am personally familiar with the Local Rules of the United States District Court for the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on this 9th day of May, 2007.

_____
STEVEN H. TRENT

J CEW 86726 v1
0-0