IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THEODOR WILLE INTERTRADE GmbH, d/b/a SERVCO SOLUTIONS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:07-CV-907-CKK |
| CORPORATE BANK FINANCIAL SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) | |

### PLAINTIFF'S MOTION TO ADMIT CHAD E. WALLACE *PRO HAC VICE*

Phillip C. Zane, a member in good standing of the bar of this Court, and counsel for Plaintiff Theodor Wille Intertrade GmbH, d/b/a Servco Solutions (Servco), respectfully moves pursuant to LCvR 83.2(d) that the Court allow Chad E. Wallace to appear *pro hac vice* in this matter on behalf of Servco. Mr. Wallace's Declaration in support of this Motion is attached as Exhibit A.

Dated: July 28, 2007

Respectfully submitted,

/s/
Phillip C. Zane, DC Bar No. 452939
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
555 Eleventh St., NW
6th Floor
Washington, D.C. 20004
Phone: (202) 508-3490
Fax: (202) 220-2290
pzane@bakerdonelson.com

*Attorneys for Theodor Wille Intertrade GmbH, d/b/a Servco Solutions*

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODOR WILLE INTERTRADE GmbH, d/b/a SERVCO SOLUTIONS, <br><br> Plaintiff, <br><br> v. <br><br> THE SANDI GROUP, INC., d/b/a CORPORATE BANK FINANCIAL SERVICES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No._____ |

## DECLARATION OF CHAD E. WALLACE

Comes now Chad E. Wallace and states as follows:

1. My name is Chad Eric Wallace. I am over the age of eighteen (18), am of sound mind and body, and am a competent adult. I am an associate attorney in the Johnson City, Tennessee offices of the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.

2. My office address is 100 Med Tech Parkway, Suite 200, Johnson City, Tennessee 37604. My business telephone number is (423) 928-0181, my business facsimile number is (423) 928-5694, and my e-mail address is cwallace@bakerdonelson.com.

3. I am admitted to practice in all Tennessee state courts and the United States District Court for the Eastern District of Tennessee.

4. I have never been disciplined or sanctioned by the Board of Professional Responsibility of the Supreme Court of Tennessee or any other lawyer disciplinary agency in any jurisdiction. No disciplinary action or investigation concerning my conduct is pending before the

Page 1 of 2

J CEW 86728 v1
0-0

Board of Professional Responsibility of the Supreme Court of Tennessee or any other lawyer disciplinary agency in any jurisdiction.

    5.    I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia in the last two years.

    6.    I hereby certify that I am personally familiar with the Local Rules of the United States District Court for the District of Columbia.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on this 8th day of May, 2007.

_____
CHAD E. WALLACE