IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THEODOR WILLE INTERTRADE GmbH, | ) | |
| d/b/a SERVCO SOLUTIONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-CV-907-CKK |
| | ) | |
| CORPORATE BANK FINANCIAL | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE PLEAD TO COUNTERCLAIM

Plaintiff and Counterclaim Defendant Theodor Wille Intertrade GmbH, d/b/a Servco Solutions (Servco) respectfully moves that this court enlarge the time to answer or otherwise plead to the Counterclaim.  Counsel for Servco and counsel for Defendant and Counterclaim Plaintiff Corporate Bank Financial Services (CBFS) discussed this matter by telephone and exchanged electronic mail on July 23, 3007.  Counsel for CBFS has no objection to setting the time for Servco to answer or otherwise plead to the Counterclaim to August 10, 2007.

Dated:  July 28, 2007

Respectfully submitted,

_____/s/_____
Phillip C. Zane, DC Bar No. 452939
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, PC
555 Eleventh St., NW
6th Floor
Washington, D.C.  20004
Phone:  (202) 508-3490
Fax:  (202) 220-2290
pzane@bakerdonelson.com

1

W PCZ 147434 v1
2832098-000039 7/28/2007

and

Steven H. Trent, TN BPR No. 016322
Chad E. Wallace, TN BPR No. 021741
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, PC
100 Med Tech Parkway, Suite 200
PO Box 3038
Johnson City, Tennessee  37602
Phone:  (423) 928-0181
Fax:  (423) 928-5694
strent@bakerdonelson.com
cwallace@bakerdonelson.com

*Attorneys for Theodor Wille Intertrade*
*   GmbH, d/b/a Servco Solutions*

2