IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODOR WILLE INTERTRADE GmbH, d/b/a SERVCO SOLUTIONS,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>CORPORATE BANK FINANCIAL SERVICES, INC.,<br><br>    Defendant/Counter-Plaintiff. | Civil Action No. 1:07-CV-00907 |

_____

ANSWER TO COUNTERCLAIM
_____

Comes Plaintiff/Counter-Defendant Theodor Wille Intertrade GmbH, d/b/a Servco Solutions ("Servco"), and for its Answer to the Counterclaim filed by Defendant/Counter-Plaintiff Corporate Bank Financial Services, Inc. ("Defendant"), states as follows:

1. Servco lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained within Paragraph 1 of the Counterclaim and therefore denies same.

2. Responding to Paragraph 2 of the Counterclaim, Servco admits that it and Defendant entered into a Subcontract Agreement in early July 2006 in connection with construction of a hardened residential camp at Al Qiam, Iraq. Servco denies that it was obligated to construct the entire camp. Servco lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained within Paragraph 2 of the Counterclaim and therefore denies same.

3. Servco admits the allegations contained within Paragraph 3 of the Counterclaim.

4. Servco admits the allegations contained within Paragraph 4 of the Counterclaim.

J CEW 89098 v1
2832098-000039

5. Servco denies the allegations contained within Paragraph 5 of the Counterclaim.

6. Servco denies the allegations contained within Paragraph 6 of the Counterclaim.

7. Servco admits the allegations contained within the first sentence of Paragraph 7 of the Counterclaim. Responding to the second sentence of Paragraph 7, based upon knowledge, information, and belief at this time, Servco admits that DynCorp issued a stop work notice to Defendant at some point. Servco lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained within the third sentence of Paragraph 7 and therefore denies same. All allegations of Paragraph 7 inconsistent with this response are denied.

8. Servco denies the allegations contained within Paragraph 8 of the Counterclaim.

9. Responding to Paragraph 9 of the Counterclaim, Servco admits that it last performed work on the project on or about August 23, 2006.

10. Servco denies the allegations contained within Paragraph 10 of the Counterclaim.

11. Servco denies the allegations contained within Paragraph 11 of the Counterclaim.

12. Servco denies the allegations contained within Paragraph 12 of the Counterclaim.

13. Servco denies the allegations contained within Paragraph 13 of the Counterclaim.

14. Responding to Paragraph 14 of the Counterclaim, Servco incorporates its responses to the allegations of Paragraphs 1 through 13 of the Counterclaim as if set forth verbatim herein.

15. Responding to Paragraph 15 of the Counterclaim, Servco admits that the Subcontract Agreement was valid and enforceable prior to Defendant's first material breach thereof.

16. Servco denies the allegations contained within Paragraph 16 of the Counterclaim.

17. Servco denies the allegations contained within Paragraph 17 of the Counterclaim.

J CEW 89098 v1
2832098-000039

18. Servco denies the allegations contained within Paragraph 18 of the Counterclaim.

19. Servco denies the allegations contained within Paragraph 19 of the Counterclaim.

20. Responding to Paragraph 20 of the Counterclaim, Servco incorporates its responses to the allegations of Paragraphs 1 through 19 of the Counterclaim as if set forth verbatim herein.

21. Servco denies the allegations contained within Paragraph 21 of the Counterclaim.

22. Servco denies the allegations contained within Paragraph 22 of the Counterclaim.

23. Responding to the first sentence of Paragraph 23 of the Counterclaim, Servco admits that it received a 25% mobilization payment from Defendant in the amount of U.S. $158,274.52. Servco denies the remaining allegations contained within Paragraph 23.

24. Servco denies the allegations contained within Paragraph 24 of the Counterclaim.

25. All prayers for relief contained in the Counterclaim, except for Defendant's jury demand, are denied.

26. All allegations of the Counterclaim not admitted, denied, or otherwise specifically responded to in this Answer are here and now denied.

## AFFIRMATIVE DEFENSES

1. Pursuant to Federal Rule of Civil Procedure 12(b)(6), the Counterclaim fails to state a claim upon which relief can be granted.

2. Defendant has failed to mitigate, in whole or in part, its damages, if any.

3. Defendant, with full knowledge of all facts existing at relevant times, waived any rights or claims it may have against Servco, if any.

4. Defendant is estopped to claim any damages against Servco as alleged in the Counterclaim.

5. One or more of Defendant's claims are barred by the unclean hands doctrine.

6. Defendant's first material breach of the Subcontract Agreement relieved Servco of any further obligations thereunder.

7. Defendant's claims are barred because of the failure of conditions precedent or conditions subsequent.

8. Servco reserves the right, subject to the Court's approval, to plead additional affirmative defenses as they become known during or after the discovery process.

WHEREFORE, based upon the foregoing, Servco requests that the Counterclaim against it be dismissed with prejudice, that the costs of this case be taxed to Defendant, and that it have such other and further relief as the Court deems just and proper.

Respectfully submitted,

s/ Phillip C. Zane (D.C. Bar No. 452939)
Phillip C. Zane, D.C. Bar No. 452939
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ
555 Eleventh Street, NW, 6th Floor
Washington, D.C.  20004
Phone:  (202) 508-3400
Fax:  (202) 220-2290
pzane@bakerdonelson.com

and

Steven H. Trent, TN BPR No. 016322
Chad E. Wallace, TN BPR No. 021741
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ
100 Med Tech Parkway, Suite 200
P.O. Box 3038
Johnson City, Tennessee  37602
Phone:  (423) 928-0181
Fax:  (423) 928-5694
strent@bakerdonelson.com
cwallace@bakerdonelson.com

*Attorneys for Theodor Wille*
  *Intertrade GmbH, d/b/a Servco Solutions*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2007, a copy of the foregoing Answer to Counterclaim was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

s/ Phillip C. Zane (D.C. Bar No. 452939)
Phillip C. Zane, D.C. Bar No. 452939
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ
555 Eleventh Street, NW
6th Floor
Washington, D.C.  20004
Phone:  (202) 508-3400
Fax:  (202) 220-2290
pzane@bakerdonelson.com

J CEW 89098 v1
2832098-000039