IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODOR WILLE INTERTRADE GmbH, ) <br> d/b/a SERVCO SOLUTIONS, ) <br> ) <br>     Plaintiff/Counter-Defendant, ) <br> ) <br> v. ) <br> ) <br> CORPORATE BANK FINANCIAL ) <br> SERVICES, INC., ) <br> ) <br>     Counterclaimant/Defendant. ) <br> _____ ) | Case No.: 1:07-CV-00907 <br> The Hon. Colleen Kollar-Kotelly |

**CONSENT MOTION TO ADJOURN OCTOBER 16, 2007**
**INITIAL SCHEDULING CONFERENCE**

Defendant/Counterclaimant Corporate Bank Financial Services, Inc. ("CBFS"), by its undersigned counsel, hereby submits this Consent Motion to Adjourn the October 16, 2007 Initial Scheduling Conference, and requests that the Conference be rescheduled for October 30, 2007. The Grounds for this Consent Motion are more fully set forth in the accompanying Memorandum of Points and Authorities.

September 26, 2007

                                                Respectfully submitted,

                                                KALBIAN HAGERTY LLP

                                                /S/ Aaron W. Knights
                                                Haig V. Kalbian [D.C. Bar # 400976]
                                                Mary M. Baker [D.C. Bar #. 443104]
                                                Aaron W. Knights [D.C. Bar # 489555]
                                                888 17th Street, N.W., Suite 1000
                                                Washington, D.C. 20006
                                                T: (202) 223-5600
                                                F: (202) 223-6525
                                                *Attorneys for Defendant/Counterclaimant*
                                                *CBFS*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODOR WILLE INTERTRADE GmbH, ) <br> d/b/a SERVCO SOLUTIONS,           ) <br>                                                         ) <br>            Plaintiff/Counter-Defendant, ) <br>                                                         ) <br> v.                                                     ) <br>                                                         ) <br> CORPORATE BANK FINANCIAL  ) <br> SERVICES, INC.,                              ) <br>                                                         ) <br>            Defendant/Counterclaimant. ) <br> _____ ) | Case No.: 1:07-CV-00907 <br> The Hon. Colleen Kollar-Kotelly |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO ADJOURN OCTOBER 16, 2007 INITIAL SCHEDULING CONFERENCE

Defendant/Counterclaimant Corporate Bank Financial Services, Inc. ("CBFS"), by its undersigned counsel, and having stipulated and agreed to the relief requested herein with counsel for Plaintiff/Counter-Defendant Theodor Wille Intertrade GmbH, d/b/a Servco Solutions ("Servco"), respectfully submits its Memorandum of Points and Authorities in Support of its Consent Motion to Adjourn the October 16, 2007 Initial Scheduling Conference, and states as follows:

1. On September 4, 2007, the Court issued its Order for Initial Scheduling Conference, which set the Initial Scheduling Conference for 9:00 a.m. on October 16, 2007.

2. Lead counsel for CBFS, Haig V. Kalbian, Esq. and Mary M. Baker, Esq., will be in San Francisco on October 16, 2007, preparing for an argument scheduled for October 17, 2007 on an appeal before the United States Court of Appeals for the Ninth Circuit.

3. The undersigned counsel has consulted with and obtained the consent of counsel for Servco, Phillip C. Zane, Esq., to adjourn this hearing until October 30, 2007.

4. Neither the Court nor the parties will be prejudiced by the relief sought herein.

5. Accordingly, CBFS respectfully requests that this Court enter an order (i) adjourning the October 16, 2007 Initial Scheduling Conference and (ii) rescheduling this matter for 9:00 a.m.[1] on October 30, 2007.

September 26, 2007 Respectfully submitted,

KALBIAN HAGERTY LLP


/S/ Aaron W. Knights
Haig V. Kalbian [D.C. Bar # 400976 ]
Mary M. Baker [D.C. Bar #. 443104]
Aaron W. Knights [D.C. Bar # 489555]
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
T: (202) 223-5600
F: (202) 223-6525
*Attorneys for Defendant/Counterclaimant
CBFS*

---

[1] Mr. Zane, counsel for Servco, informed the undersigned that he is available for the Initial Scheduling Conference in the morning or early afternoon on October 30, 2007. Should the Court not be available to conduct this hearing at 9:00 a.m., the undersigned respectfully requests that the hearing be scheduled within this timeframe, which, as is the undersigned's understanding, is consistent with the Court is availability.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODOR WILLE INTERTRADE GmbH, )<br>d/b/a SERVCO SOLUTIONS, )<br>)<br>       Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>CORPORATE BANK FINANCIAL )<br>SERVICES, INC., )<br>)<br>       Defendant/Counterclaimant. )<br>_____) | Case No.: 1:07-CV-00907<br>The Hon. Colleen Kollar-Kotelly |

## ORDER

Upon consideration of Defendant/Counterclaimant Corporate Bank Financial Services, Inc.'s Consent Motion to Adjourn the October 16, 2007 Initial Scheduling Conference and the Memorandum of Points and Authorities in Support thereof, it is hereby

**ORDERED** that the Consent Motion is granted; and it is further

**ORDERED** that the Initial Scheduling Conference set for October 16, 2007 be and hereby is adjourned; and it is further

**ORDERED** that Initial Scheduling Conference be and hereby is rescheduled for 9:00 a.m. on October 30, 2007.

**SO ORDERED.**

Dated: _____

_____
The Hon. Colleen Kollar-Kotelly
United States District Court Judge