UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THEODOR WILLE INTERTRADE GMBH,<br><br>    Plaintiff,<br><br>    v.<br><br>CORPORATE BANK FINANCIAL SERVICES, INC.,<br><br>    Defendant. | Civil Action No. 07-907 (CKK) |

**ORDER**
(March 27, 2008)

On March 26, 2008, Magistrate Judge Alan Kay notified this Court that the Parties in the above-captioned case had reached a settlement in principle. Pursuant to that notification, it is, this 27th day of March, 2008, hereby

**ORDERED** that this case is DISMISSED. The dismissal shall be without prejudice until April 25, 2008. Should counsel fail to move to extend or to reopen the case before that date, the matter shall, without further order, stand dismissed **with** prejudice; it is further

**ORDERED** that the Status Hearing scheduled on April 25, 2008, in Courtroom 28A before this Court, is vacated.

    **SO ORDERED.**

 

                                                     /s/
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge